IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| GROUNDBREAKER DEVELOPMENT  ) <br> CORPORATION  ) <br>   ) <br> *Plaintiff*,  ) <br> v.  ) <br>   ) <br> THE UNITED STATES OF AMERICA  ) <br>   ) <br> *Defendan*t.  ) <br>   ) | Case No. 22-578 <br> Senior Judge Sweeney |

**NOTICE OF FILING COPY OF EXHIBIT A TO COMPLAINT**

PLEASE TAKE NOTICE that Plaintiff Groundbreaker Development Corporation ("Groundbreaker") hereby files a copy of Exhibit A to its Complaint, which was originally filed on May 26, 2022. Paragraph 10 to the Complaint states that a true and correct copy of a Contract was attached as Exhibit "A." The Contract was inadvertently omitted as Exhibit A, and instead Groundbreaker's coversheet was attached [ECF 1-1].  According to Rule 10(c) of the Rules of the United States Court of Federal Claims, a copy of a written instrument that is an exhibit to a pleading is part of the pleading for all purposes.  Groundbreaker requests that the Court accept the attached Contract as Exhibit "A" to the original Complaint.

October 25, 2022                                      Respectfully submitted,

/s/ David Hilton Wise
David Hilton Wise, Esq.
WISE LAW FIRM PLC
10640 Page Avenue, Suite 320
Fairfax, Virginia 22030
Phone: 703-934-6377
dwise@wiselaw.pro
*Counsel for Plaintiff Groundbreaker Development Corporation*

## CERTIFICATE OF SERVICE

I hereby certify that on October 25, 2022, a copy of the foregoing was filed electronically on the Court's CM/ECF system, which will electronically serve all counsel of record.

*/s/ David Hilton Wise*
David Hilton Wise
